**COM.**

v.

**RANDALL, S.**

**473 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–0004208–2012 (Philadelphia)

Affirmed

■

**COM.**

v.

**SAXTON, K.**

**925 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–1007631–1980 (Philadelphia)

Affirmed

■

**COM.**

v.

**JONES, Q.**

**1011 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–0201121–2004 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

■

**EPPS L.**

v.

**DUNBAR COMMUNITY COUNSELING SERVICES**

**Civil Action 1232 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

1406–03646 (Philadelphia)

Affirmed

■

**COM.**

v.

**SANTIAGO, J.**

**1459 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–39–CR–0002522–2009 (Lehigh)

Affirmed